# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, *EX REL.* BRIAN EMERY, <br><br> PLAINTIFF <br><br> v. <br><br> BELCON ENTERPRISES, INC., *F/K/A* ROOF SYSTEMS OF MAINE, INC., <br><br> DEFENDANT | CIVIL NO. 2:14-CV-483 |

## ORDER OF RECUSAL

I hereby recuse myself in this case under 28 U.S.C. § 455(a). It has come to my attention that two of the lawyers whose fees are in dispute are former (albeit many years ago) law clerks of mine.

**SO ORDERED.**

**DATED THIS 9TH DAY OF JANUARY, 2017**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**